# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Jermaine Currin,       )<br>    Plaintiff,                )<br>                                   )<br>    v.                           )<br>AvanteUSA, Ltd., a Texas limited  )<br>partnership,                )<br>    Defendant.             ) | No. 2:20-cv-00875-SRW |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of his claims against Defendant, hereby stipulates to the dismissal of his claims with prejudice.

Dated: November 30, 2020

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 30, 2020, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Bradford W. Botes                                              bbotes@bondnbotes.com
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane
Suite 140
Birmingham, Alabama 35244

      Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on November 30, 2020.

AvanteUSA, Ltd.
c/o Chris Fusselman
The Fusselman Law Firm, P.C.
1616 South Voss Road
Suite 775
Houston, Texas 77057

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com